ACCEPTED
04-15-00097-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/25/2015 4:02:11 PM
KEITH HOTTLE
CLERK

NO. 04-15-00097-CV

IN THE FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/25/2015 4:02:11 PM
KEITH E. HOTTLE
Clerk

\*  \*  \*

BRIAN McENERY,
*Appellant*

V.

CITY OF SAN ANTONIO and CHIEF CHARLES N. HOOD,
*Appellees*

**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
BRIEF OF APPELLEES**

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COME NOW, the City of San Antonio and Chief Charles N. Hood, Appellees in the above-referenced appeal, and file this, their Second Unopposed Motion for Extension of Time to File Brief of Appellees. In support thereof, Appellees would show unto the Court the following:

I.

Appellant Brian McEnery filed his Brief of Appellant on July 31, 2015, after receiving two 30-day extensions. After one 30-day extension granted by the Court, Appellees' brief is due to be filed on or before September 30, 2015. As a result of the undersigned's schedule, Appellees now file this Second Unopposed Motion for Extension of Time to file their brief seeking an additional 30 days pursuant to

Texas Rules of Appellate Procedure 10.1, 10.5(b), and 38.6(d) ("A motion to extend the time to file a brief may be filed before or after the date the brief is due."). Appellees seek an extension of time to file their brief until Friday, October 30, 2015. This is Appellees' second request for an extension of time to file their brief, and the request is unopposed.

During the relevant time period, the undersigned completed the following tasks (in addition to her work on other matters and administrative responsibilities) which have prevented completion and filing of the brief in question: (1) assisted with legal research and briefing in a case arising out of Bexar County, Texas; (2) assisted with legal research and briefing in a case arising out of Karnes County, Texas; and (3) prepared: (a) charge submissions in Cause No. C-2058-96-G (1), styled *Palmer v. Buck*, filed on September 14, 2015, (b) mandamus proceedings in connection with a Severance Order in the same matter and filed with the Thirteenth Court of Appeals, styled *In re Buck*, on September 23, 2015, and with the Supreme Court of Texas on September 24, 2015, and (c) for trial scheduled to commence in that same cause on Monday, September 28, 2015.

In light of the foregoing, the undersigned seeks an extension until Friday, October 30, 2015, to permit her sufficient time in light of her prior commitments and responsibilities to complete and file the Brief of Appellees. This extension

request is not sought for purposes of delay but due to the commitments of lead appellate counsel as set forth above.

## II.

WHEREFORE, PREMISES CONSIDERED, Appellees, the City of San Antonio and Chief Charles N. Hood, respectfully request that the Court grant their second unopposed motion for extension of time to file their brief; allow Appellees until October 30, 2015 to file their brief; and grant Appellees such other and further relief to which they are entitled.

Respectfully submitted,

THE CITY OF SAN ANTONIO
Deborah Lynne Klein
State Bar No. 11556750
Office of the City Attorney
Litigation Division
111 Soledad Street, 10th Floor
San Antonio, Texas 78205
(210) 207-8784
(210) 207-4357 (telecopier)
deborah.klein@sanantonio.gov

FITZPATRICK & KOSANOVICH, P.C.
Mark Kosanovich
State Bar No. 00788754
P.O. Box 831121
San Antonio, Texas 78283-1121
(210) 207-7259
(210) 207-8997 (telecopier)
mark.kosanovich@sanantonio.gov

THE LAW OFFICE OF
JACQUELINE M. STROH, P.C.
Jacqueline M. Stroh
State Bar No. 00791747
10101 Reunion Place, Suite 600
San Antonio, Texas 78216
(210) 477-7416
(210) 477-7466 (telecopier)
jackie@strohappellate.com

By:      /s/ Jacqueline M. Stroh
Jacqueline M. Stroh

ATTORNEYS FOR APPELLEES, CITY OF SAN ANTONIO AND
CHIEF CHARLES N. HOOD

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for Appellant, Mr. Floyd Contreras, regarding this motion and with counsel for Intervenor, Mr. Ricky Poole, regarding this motion.  Mr. Contreras stated that Appellant is unopposed, and Mr. Poole stated that Intervenor is unopposed.

/s/ Jacqueline M. Stroh
Jacqueline M. Stroh

**CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing motion was on this the 25th day of September, 2015, served on the following counsel of record in accordance with the Texas Rules of Appellate Procedure:

Ronald B. Prince
Floyd Steven Contreras
Prince Contreras PLLC
417 San Pedro Avenue
San Antonio, Texas 78212
ron@princecontreras.com
floyd@princecontreras.com
*Attorneys for Appellant*

Mr. Ricky J. Poole
Law Office of Ricky J. Poole
The Forum Building
8000 IH-10 West, Suite 600

San Antonio, Texas 78230
rpoole@alamocityattorney.com
*Attorney for Intervenor*

/s/ Jacqueline M. Stroh

Jacqueline M. Stroh